BAKER & McKENZIE
TOD L. GAMLEN (State Bar No. 083458)
SCOTT H. FREWING (State Bar No. 191311)
KEITH L. WURSTER (State Bar No. 198918)
ROBERT C. MATZ (State Bar No. 217822)
660 Hansen Way
Palo Alto, CA  94304
Telephone:  (650) 856-2400
Facsimile:  (650) 856-9299

Attorneys for Plaintiff
Habeas, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HABEAS, INC.,<br> a California corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>DALE HELLER,<br><br>       Defendant. | Case No.  C 03-01403 SC<br><br>**FINAL STIPULATED JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Habeas, Inc. ("Habeas") and Defendant Dale Heller, hereby stipulate and consent to this Final Stipulated Judgment and Permanent Injunction and the Court being advised as follows:

WHEREAS, on March 26, 2003, Dale Heller entered into a valid, non-exclusive, royalty-free license with Habeas, Inc., to use, reproduce, and republish the Warrant Mark, as defined in the license, in any Habeas Compliant Message;

WHEREAS, in a section of the Habeas license agreement that inquires of licensees how the licensee heard of Habeas Defendant Heller stated that he had learned of Habeas from "big dogs," referring to the book and/or website published at www.secretsofthebigdogs.com.

WHEREAS, the March 26, 2003 license defined a Habeas Compliant Message as electronic mail ("e-mail") for which any of the following is true:

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

PADOCS\246083v1

1. The SENDER has the VERIFIED PERMISSION of each and every ADDRESSEE, honors unsubscribe requests in a reasonably practicable time period, has a removal policy for repeatedly bounced addresses, and has an average bounce rate of no more than 5% for mailings to any given mailing list.

2. The SENDER and each and every ADDRESSEE are all individuals who share a preexisting, professional (as opposed to merchant-consumer) relationship, and the EMAIL is relevant to that professional relationship.

3. Each and every ADDRESSEE is a personal friend or family member of the SENDER, the EMAIL is not equally applicable to many other potential recipients, and the EMAIL is not COMMERCIAL.

4. The EMAIL is sent to a single ADDRESSEE.

WHEREAS, Dale Heller agrees and acknowledges he included the Warrant Mark in thousands of unsolicited bulk e-mail ("UBE") that were not Habeas Compliant Messages;

WHEREAS, Dale Heller agrees and acknowledges his conduct breached his license with Habeas;

WHEREAS, Habeas is the owner of all right title and interest in the following marks for which it has filed applications for registration:

| | |
|---|---|
| Word Mark: | **Habeas** |
| Serial No.: | 76-457,194 |
| Filing Date: | 10/07/2002 |
| First Use: | 08/19/2002 |
| First Use in Commerce: | 08/19/2002 |
| International Class: | 42 |
| Goods | Licensing computer software, including monitoring, safeguarding and policing the distribution and use of the licensed computer software, |

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

2      FINAL STIPULATED JUDGMENT AND PERMANENT INJUNCTION

for distribution management and
filtering of electronic mail and
messaging content; providing,
monitoring, safeguarding and
policing electronic mail and
messaging content, distribution and
use management services; consulting
and technical support services
concerning the design, selection,
implementation and use of computer
hardware and software systems for
others in the field of monitoring,
safeguarding and policing electronic
mail and messaging content,
distribution and use management
services.

| | |
|---|---|
| Word Mark: | **Habeas Compliant Message** |
| Serial No.: | 76-456,196 |
| Filing Date: | 10/07/2002 |
| First Use: | 08/19/2002 |
| First Use in Commerce: | 08/19/2002 |
| International Class: | 42 |
| Goods | Licensing computer software, including monitoring, safeguarding and policing the distribution and use of the licensed computer software, for distribution management and filtering of electronic mail and messaging content; providing, monitoring, safeguarding and |

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

3      FINAL STIPULATED JUDGMENT AND PERMANENT INJUNCTION

policing electronic mail and
messaging content, distribution and
use management services; consulting
and technical support services
concerning the design, selection,
implementation and use of computer
hardware and software systems for
others in the field of monitoring,
safeguarding and policing electronic
mail and messaging content,
distribution and use management
services.

| | |
|---|---|
| Word Mark: | **Habeas Sender Warranted Email** |
| Serial No.: | 76-457,053 |
| Filing Date: | 10/07/2002 |
| First Use: | 08/19/2002 |
| First Use in Commerce: | 08/19/2002 |
| International Class: | 42 |
| Goods | Licensing computer software, including monitoring, safeguarding and policing the distribution and use of the licensed computer software, for distribution management and filtering of electronic mail and messaging content; providing, monitoring, safeguarding and policing electronic mail and messaging content, distribution and use management services; consulting and technical support services |

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

PADOCS\246083v1

concerning the design, selection, implementation and use of computer hardware and software systems for others in the field of monitoring, safeguarding and policing electronic mail and messaging content, distribution and use management services.

| Word Mark: | **Habeas SWE** |
| Serial No.: | 76-456,189 |
| Filing Date | 10/07/2002 |
| First Use: | 08/19/2002 |
| First Use in Commerce: | 08/19/2002 |
| International Class: | 42 |
| Goods | Licensing computer software, including monitoring, safeguarding and policing the distribution and use of the licensed computer software, for distribution management and filtering of electronic mail and messaging content; providing, monitoring, safeguarding and policing electronic mail and messaging content, distribution and use management services; consulting and technical support services concerning the design, selection, implementation and use of computer hardware and software systems for others in the field of monitoring, |

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

5       FINAL STIPULATED JUDGMENT AND PERMANENT INJUNCTION

PADOCS\246083v1

safeguarding and policing electronic
mail and messaging content,
distribution and use management
services.

| | |
|---|---|
| Word Mark: | **Habeas** |
| Serial No.: | 76-456,188 |
| Filing Date: | 10/07/2002 |
| First Use: | 08/19/2002 |
| First Use in Commerce: | 08/19/2002 |
| International Class: | 42 |
| Goods | Licensing computer software, |

Licensing computer software,
including monitoring, safeguarding
and policing the distribution and use
of the licensed computer software,
for distribution management and
filtering of electronic mail and
messaging content; providing,
monitoring, safeguarding and
policing electronic mail and
messaging content, distribution and
use management services; consulting
and technical support services
concerning the design, selection,
implementation and use of computer
hardware and software systems for
others in the field of monitoring,
safeguarding and policing electronic
mail and messaging content,
distribution and use management
services.

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

6    FINAL STIPULATED JUDGMENT AND PERMANENT INJUNCTION

PADOCS\246083v1

| | | |
|---|---|---|
| Word Mark: | **X-Habeas-SWE-3:Like Habeas SWE** |
| Serial No.: | 76-456,184 |
| Filing Date: | 10/07/2002 |
| First Use: | 08/19/2002 |
| First Use in Commerce: | 08/19/2002 |
| International Class: | 42 |
| Goods | Licensing computer software, including monitoring, safeguarding and policing the distribution and use of the licensed computer software, for distribution management and filtering of electronic mail and messaging content; providing, monitoring, safeguarding and policing electronic mail and messaging content, distribution and use management services; consulting and technical support services concerning the design, selection, implementation and use of computer hardware and software systems for others in the field of monitoring, safeguarding and policing electronic mail and messaging content, distribution and use management services. |

WHEREAS, the marks referred to above are referred to herein as "the Habeas Marks;"

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

PADOCS\246083v1

WHEREAS, Dale Heller recognizes and acknowledges the validity of the Habeas Marks, recognizes and acknowledges that each of the Habeas Marks is entitled to registration, and recognizes and acknowledges the trademark rights of Habeas in each of the Habeas Marks;

WHEREAS, Habeas is the owner of all right title and interest in the copyrighted "Habeas Inc. Portion of a Computer Program" ("the Habeas program"), U.S. Copyright registration number TX 5-681-959;

WHEREAS, Dale Heller recognizes and acknowledges the validity of the copyright in the "Habeas Inc. Portion of a Computer Program" ("the Habeas program"), U.S. Copyright registration number TX 5-681-959;

WHEREAS, Dale Heller agrees and acknowledges that he sent UBE in breach of the license as a participant in Internet-based affiliate marketing programs pursuant to which various individual affiliates send electronic mail ("e-mail") to market the products and services offered or advertised by the affiliate program;

WHEREAS, Dale Heller agrees and acknowledges that he obtained many of the addresses to which he sent UBE from the website www.wonchenterprises.com;

WHEREAS, Dale Heller represents and warrants that he is not aware of any further use of the Habeas Marks to promote the businesses of Dale Heller;

WHEREAS, Dale Heller represents and warrants that he is not aware of any further duplication or distribution of the Habeas program;

WHEREAS, Dale Heller has informed Habeas that his original statement that he obtained information from from "big dogs," referring to the book and/or website published at www.secretsofthebigdogs.com was not correct;

WHEREAS, HABEAS contends in its Complaint that Dale Heller, engaged in false designation of origin and unfair competition under the Lanham Act, 15 U.S.C. § 1051, *et seq.*, unfair competition under Cal. Bus. & Prof. Code § 17200, trademark infringement and unfair competition under common law, trademark dilution under Cal. Bus. & Prof. Code § 14330,

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

8      FINAL STIPULATED JUDGMENT AND PERMANENT INJUNCTION

PADOCS\246083v1

misappropriation under common law, and interference with prospective economic advantage, and breach of contract;

WHEREAS, Dale Heller admits he is liable for breach of contract, false designation of origin, trademark infringement, trademark dilution, misappropriation, unfair competition, and interference with prospective economic advantage;

WHEREAS, Dale Heller represents and warrants that he has provided Habeas with all the e-mail addresses to which he sent the UBE bearing the Warrant Mark;

WHEREAS, Dale Heller represents and warrants that he did not obtain any funds from the UBE sent in breach of the license or as a result of the wrongful use of the Habeas marks;

WHEREAS, Dale Heller agrees and acknowledges that Habeas is entitled to monetary relief including, but not limited to damages and costs of the action pursuant to 15 U.S.C. §§ 1117(a) and 1118;

AND, WHEREAS, Habeas and the Dale Heller desire to resolve all matters in dispute between them in relation to the above-captioned litigation, and in this regard the Court may enter the following Consent Judgment and Permanent Injunction.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      Dale Heller is hereby permanently enjoined, restrained, and prohibited as set forth in this paragraph and in this regard shall not at any time:

a.      Directly or indirectly use, reproduce, manufacture, advertise, sell, offer for sale or distribution in any manner any products, services, goods or merchandise which use, reproduce or depict in any way the mark, term, logo or word "HABEAS," "HABEAS SENDER WARRANTED EMAIL," "HABEAS SWE," or any other mark, term or symbol that is a counterfeit, copy or colorable imitation of, or confusingly similar with, the Habeas Marks;

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

9      FINAL STIPULATED JUDGMENT AND PERMANENT INJUNCTION

PADOCS\246083v1

b.    Apply or use the mark, term, logo or word "HABEAS" in whole or in part, or apply or use any mark, term, logo or word that is any reproduction, counterfeit, copy or colorable imitation of, or confusingly similar with, the HABEAS Mark to any electronic communication or e-mail;

c.    Use any mark, term, logo or word that is a reproduction, counterfeit, copy or colorable imitation of, or confusingly similar with, the HABEAS Mark or the terms, logos or words "HABEAS" or in whole or in part, in connection with the promotion, advertisement, display, marketing, sale, offering for sale, manufacture, production, importation, exportation or distribution of any goods, merchandise, products or services; or which relate, connect, associate or tend to relate, connect or associate any products or services of defendants in any way to HABEAS, or any supplier or distributor of authentic products or services bearing or marketed under the HABEAS marks, merchandise, products or services authorized or licensed by HABEAS, or to any goods, merchandise or products sold, manufactured, sponsored, approved by or connected with any HABEAS related organization or related company; or

d.    Affix, apply, annex or use in connection with the distribution, advertising, sale, offering for sale or other use of any products, services, goods, or merchandise, a false description or representation, including words or other symbols, tending to falsely describe or represent such products, services, goods, and merchandise as being those of HABEAS or any HABEAS-related organization or company.

2.    Dale Heller is hereby permanently enjoined, restrained, and prohibited as set forth in this paragraph and in this regard shall not at any time send unsolicited commercial or

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

PADOCS\246083v1

1   promotional messages via e-mail to any e-mail recipient who has not solicited such e-mail and for

2   whom Dale Heller has personal knowledge that the recipient solicited such e-mail.

3          3.      All Internet subscribers, domain owners, Internet Service Providers ("ISPs"),

4   Interactive Computer Services ("ICS"), are intended, third-party beneficiaries of this Injunction.

5   In the event that a violation of this Injunction by Dale Heller results in harm to any such third-

6   parties, the aggrieved Internet subscriber, domain owner, ISP, or ICS, shall have, and may

7   properly assert, against Dale Heller any and all rights under this Injunction in relation to such

8   harm, as can Habeas, in the event that Habeas had been the victim of such harm.

9          4.      In the event of any violation by Dale Heller of this Injunction, upon proof of such

10  violation before this Court or any other Court of competent jurisdiction, Dale Heller shall be

11  liable for the following liquidated damages:

12                 a.     In the event the claim is asserted by Habeas, liquidated damages of the

13                        greater of $100,000 or $100 per e-mail sent by Dale Heller, corresponding

14                        only to Habeas' reputation and lost profit damages only (i.e. Habeas may

15                        also prove and recover its other categories of damages in addition to the

16                        liquidated damages for reputation and lost profits). Habeas shall also

17                        recover its associated attorney's fees, expenses, and costs.

18                 b.     In the event the claim is asserted by an ICS or ISP, liquidated damages of

19                        the greater of $25,000 or $2.00/1000 e-mails sent, corresponding to the

20                        claimant's reputation and lost profit damages only (i.e. the claimant may

21                        also prove and recover its other categories of damages in addition to the

22                        liquidated damages for reputation and lost profits). The claimant shall also

23                        recover its associated attorney's fees, expenses, and costs.

24                 c.     In the event of a claim is asserted by an individual end user, domain owner,

25                        or Internet subscriber (i.e. a victim end-user on the Internet), liquidated

26                        damages of $1000/e-mail, plus all associated attorney's fees, expenses, and

27                        costs.

28

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

11        FINAL STIPULATED JUDGMENT AND PERMANENT INJUNCTION

PADOCS\246083v1

5.    In the event that Dale Heller's violation of this Injunction injures or aggrieves more than one domain owner, Internet subscriber, ISP, or ICS, Dale Heller shall be liable to each party in the full amount of the specified damages.  Any party aggrieved by Dale Heller's violation of this Injunction shall have the right to waive its liquidated damages-related rights hereunder and instead prove and recover its actual damages in relation to that category or type of damages (as well as any other legally cognizable damages it suffers).

6.    In a civil action arising from an alleged violation by Dale Heller of this Injunction, proof of the violation may be established by a preponderance of the evidence.

7.    The United States District Court, Northern District of California, shall retain jurisdiction to enforce the terms of this Final Stipulated Judgment and Permanent Injunction.  In any action, motion, or other proceeding to enforce the terms of this Final Stipulated Judgment and Permanent Injunction, or any action, motion, or proceeding arising out of a violation of it, the prevailing party shall be entitled to recover all costs and fees, including attorney fees, incurred in connection therewith.

8.    This Final Stipulated Judgment and Permanent Injunction shall be binding on, and inure to the benefit of, all parties hereto (as the case may be) and to all of their assigns and successors in interest.

AGREED, STIPULATED AND APPROVED:

Dated: 7\30_____, 2003                    **HABEAS INC.**

By: _____
Its _____

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

12        FINAL STIPULATED JUDGMENT AND PERMANENT INJUNCTION

PADOCS\246083v1

1    Dated: _____, 2003

**BAKER & McKENZIE**
TOD L. GAMLEN
SCOTT H. FREWING
KEITH L. L. WURSTER
ROBERT C. MATZ

By: _____
      Scott H. Frewing
Attorneys for Plaintiff HABEAS INC.

Dated: 7-24, 2003

**DALE HELLER.**

_____

PADOCS\246083v1