BAKER & McKENZIE
TOD L. GAMLEN (State Bar No. 083458)
SCOTT H. FREWING (State Bar No. 191311)
KEITH L. WURSTER (State Bar No. 198918)
ROBERT C. MATZ (State Bar No. 217822)
660 Hansen Way
Palo Alto, CA  94304
Telephone:  (650) 856-2400
Facsimile:   (650) 856-9299

Attorneys for Plaintiff
Habeas, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HABEAS, INC.,<br>    a California corporation,<br><br>                Plaintiff,<br><br>          v.<br><br>DALE HELLER,<br><br>                Defendant. | ) Case No.  C 03-01403 SC<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS ORDERED AND ADJUDGED that judgment is rendered in favor of Plaintiff

HABEAS INC. and against defendant DALE HELLER, accordance with the terms set forth

above which are incorporated herein as if set out in full.


ENTERED THIS _____ DAY OF _____, 2003.


_____
UNITED STATES DISTRICT COURT JUDGE

Baker & McKenzie
660 Hansen Way
Palo Alto, CA 94304
(650) 856-2400

1                                    JUDGMENT

PADOCS\248622v1